Dan OLIVER, Plaintiff–Appellant,

v.

Warden POWELL; Pixley, Assistant Warden of Operations; Fleming, Regional Director, Defendants–Appellees.

No. 01–7094.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 29, 2001.

Dan Oliver, pro se.

Pamela Anne Sargent, Assistant Attorney General, Richmond, VA, for appellees.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Dan Oliver appeals the district court's orders denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Oliver v. Powell,* No. CA–00–1643 (E.D. Va. filed Mar. 22, 2001 & entered Mar. 26, 2001; filed June 29, 2001 & entered June 20, 2001). We dispense with oral argument because the

facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*